# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAMMY MARIE ALBRIGHT,**

        **Plaintiff,**

-vs-                                                           Case No. 6:09-cv-1185-Orl-31DAB

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

# ORDER

On June 2, 2010, Magistrate Judge Baker entered a Report and Recommendation (Doc. 17), recommending that the decision of the Commissioner (Doc. ) be AFFIRMED. Plaintiff filed timely objections to the Report (Doc. 15) and Defendant responded (Doc. 20). Upon *de novo* review of the above, the Court finds no error in the Report and Recommendation and concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1. The Objections are OVERRULED, and the Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The decision of the Commissioner to deny Plaintiff's Application is AFFIRMED.

3. The Clerk is directed to enter judgment for Defendant and close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 2, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE